NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

————————————————

**Q. I. PRESS CONTROLS, B.V.,**
*Appellant,*

**v.**

**DAVID J. KAPPOS, DIRECTOR,
UNITED STATES PATENT AND TRADEMARK
OFFICE,**
*Appellee,*

**v.**

**QUAD/TECH, INC.,**
*Cross-Appellant.*

————————————————

2012-1630, -1631
(Reexamination No. 95/000,526)

————————————————

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

————————————————

**ON MOTION**

————————————————

**O R D E R**

Q.I. Press Controls, B.V. moves for a 60-day extension of time to file its principal brief.

Q. I. PRESS CONTROLS V. KAPPOS                                           2

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.   Q.I. Press Controls, B.V.'s principal brief is due January 28, 2013.  No further extensions should be anticipated.

FOR THE COURT


 /s/ Jan Horbaly
Jan Horbaly
Clerk


s21